IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-cr-00319-RPM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SUSAN MARIE SKALA,

       Defendant.

## ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES

Upon report of the probation officer that defendant has requested foreign travel and she remains in compliance with the conditions of probation, it is

**ORDERED** that defendant, SUSAN MARIE SKALA, be allowed to travel to Cancun, Mexico, from April 29, 2006, to May 4, 2006.

**DATED** at Denver, Colorado, this 24th day of March, 2006.

                                            BY THE COURT:

                                            Richard P. Matsch
                                            Senior District Judge