IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-cr-00319-RPM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SUSAN M. SKALA,

       Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

       On May 1, 2006, the probation officer submitted a Petition for Early Termination of Supervised Release in this case. On May 2, 2006, the Court ordered the probation officer to serve the petition on the United States and that the United States respond in writing within 15 days of date of service.

       The petition was served on the United States on May 8, 2006, and Assistant United States Attorney Mark J. Barrett responded with no objection to the proposed termination of supervised release. Accordingly, it is

       **ORDERED** that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       **DATED** at Denver, Colorado, this ___6___ day of June, 2006.

BY THE COURT:

_____
Richard P. Matsch
Senior District Judge